IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY STOKES,

    Defendant.                                Criminal No. 05-30166-DRH

## ORDER

**HERNDON, District Judge:**

    This matter is before the Court pursuant to a Motion for Extension of Time to File Pretrial Motions, filed by the defendant Anthony Stokes. (Doc. 12.) Defendant's motion is hereby **GRANTED**. Defendant shall have up and until **February 6, 2006**, in which to file any and all of its pretrial motions.

    IT IS SO ORDERED.

    Signed this 4th day of January, 2006.

                                               /s/          David RHerndon
                                               **United States District Judge**