IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY STOKES,

    Defendant.                                                   No. 05-CR-30166-DRH

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

      Now before the Court is defendant Anthony Stokes' Motion to Continue this cause. (Doc. 21.) Defendant asks to continue the trial in order to have adequate time to review additional discovery items produced by the Government so that he may prepare his defense. The Government does not object. The Court being fully advised in the premises finds pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

      Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 21.) The Court **CONTINUES** the jury trial scheduled for Monday, February 13, 2006 at 9:00 a.m. to **Monday, April 17, 2006 at 9:00 a.m.** The time from the date the original motion was filed, February 5, 2006, until the date to which the trial is

rescheduled, April 17, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of February, 2006.

/s/        David RHerndon
**United States District Judge**