**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**ANTHONY STOKES,**

    **Defendant.**                   **No. 05-CR-30166-DRH**

## <u>MEMORANDUM AND ORDER</u>

**HERNDON, District Judge:**

        Now before the Court is defendant Anthony Stokes' Motion for Extension of Time to File Pretrial Motions. (Doc. 22.) Defendant seeks additional time from the initial February 6, 2006 deadline in which to file pretrial motions in order to have adequate time to review additional discovery items produced by the Government to determine whether any such pretrial motions are necessary. The Government does not object, but clarifies in its Response to the instant motion that it has met its discovery requirements under Rule 16. (Doc. 23.) Therefore, the Court **GRANTS** Defendant's Motion, allowing Defendant until **Monday, February 27, 2006** to file any and all pretrial motions in this matter.

        **IT IS SO ORDERED.**

        Signed this 7th day of February, 2006.

                    /s/          David   RHerndon
                    **United States District Judge**